# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TIM R. BUNCH                                                    Case Number: 07-71805
        5343 GETTYSBURG DRIVE               SSN-xxx-xx-8145
        LOVES PARK, IL  61111

                                                        Case filed on:              7/30/2007
                                                        Plan Confirmed on:         10/22/2007
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $7,913.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| | | | | | |
| 999 | TIM R. BUNCH | 0.00 | 0.00 | 226.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 226.00 | 0.00 |
| | | | | | |
| 002 | ROCK VALLEY FEDERAL CREDIT UNION | 11,692.58 | 11,692.58 | 2,346.92 | 1,298.22 |
| | Total Secured | 11,692.58 | 11,692.58 | 2,346.92 | 1,298.22 |
| | | | | | |
| 001 | CITIZENS FINANCE | 1,974.24 | 1,974.24 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 942.95 | 942.95 | 0.00 | 0.00 |
| 004 | CASH CALL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | HEIGHTS FINANCE | 2,371.66 | 2,371.66 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 1,098.70 | 1,098.70 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 594.08 | 594.08 | 0.00 | 0.00 |
| 008 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 1,725.79 | 1,725.79 | 0.00 | 0.00 |
| | Total Unsecured | 8,707.42 | 8,707.42 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 23,900.00 | 23,900.00 | 6,072.92 | 1,298.22 |

Total Paid Claimant:      $7,371.14
Trustee Allowance:          $541.86
Percent Paid Unsecured:       0.00          Wherefore, your petitioner prays that a final Decree be entered
discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:


                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee



This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/25/2008              By  _/s/Heather M. Fagan_